**IT IS SO ORDERED.**

**Dated:  01:45 PM June 17 2010**

MARILYN SHEA-STONUM**MCR**
U.S. Bankruptcy Judge

BK1004729
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

IN RE:

Christopher J Ludle
Jamie L Ludle

Debtors

Case No. 10-51577

Chapter 7

Judge Shea-Stonum

**ORDER GRANTING MOTION OF US BANK N.A. FOR RELIEF FROM STAY AND ABANDONMENT**
**443 FULMER AVENUE,  AKRON, OH 44312**

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by US Bank N.A. ("Movant").  (Docket **10**).  Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion.  No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 443 Fulmer Avenue Akron, OH 44312.

### 

SUBMITTED BY:

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0083298
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Chase Bank USA - Creditor
3700 Wiseman Blvd.,
San Antonio, TX 78251
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Marc P Gertz, Esq. - Attorney for Debtors
11 S Forge St
Akron, OH 44304
mpgertz@goldman-rosen.com
VIA ELECTRONIC SERVICE

Kenwood Associates of Virginia Inc., - Creditor
50 West Broad Street
c/o CSC Lawyers Incorporating Service
Columbus, OH 43215
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Christopher J Ludle - Debtor
443 Fulmer Avenue
Akron, OH 44312
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Jamie L Ludle - Debtor
443 Fulmer Avenue
Akron, OH 44312
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Ronald C Taylor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Robert S. Thomas, II - Trustee
One South Main Street, 2nd Floor
Akron, OH 44308
rsttrustee@yahoo.com
VIA ELECTRONIC SERVICE